UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-cr-00207 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| JASON A. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION

Defendant Jason Walker seeks clarification of the date from which his federal sentence runs concurrently with his State sentence. In that regard, the Court adheres to its Order dated December 13, 2023 for the simple reason that Mr. Walker's federal sentence can only run concurrent with his State sentence to the extent that he was in federal custody. As previously noted, Mr. Walker did not enter federal custody until March 2023. Further, contrary to his claim, the Court's Order of July 18, 2023 did not specify the specific date on which Mr. Walker's federal sentence should begin to run—just that it should concurrent with his State court sentence.

**SO ORDERED.**

Dated: January 5, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio